# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SUSAN M. KOPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. 3:12-CV-978 |
| ) | Judge Trauger |
| ACCELERATED COURIERS, INC., ) | Magistrate Judge Knowles |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND COMPLAINT

This matter came on to be heard on the Joint Motion of the Plaintiff and Defendant to allow the Plaintiff to amend her complaint to assert supplemental claims under the Tennessee Human Rights Act, and it appearing to the Court the motion is well taken, it is hereby ordered that the Plaintiff has leave to amend her Complaint to assert supplemental claims under state law.

ENTERED this the 17th day of April, 2013.

_____
U.S. DISTRICT JUDGE